STANLEY ZYSK, Appellant, *v.* CITY OF NEW YORK, Appellant and Respondent, and GEORGE ROLL, Respondent.

Argued October 11, 1949; decided November 17, 1949.

*Daniel A. Novok, Martin Gottlieb* and *Milton C. Jacobs* for plaintiff, appellant.

*John P. McGrath, Corporation Counsel (Joseph F. Mulqueen, Jr.,* and *Seymour B. Quel* of counsel), for City of New York, appellant and respondent.

*William E. Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.